# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EDWARD BYRD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA PENNYWELL, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00832 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

　　　　Plaintiff Curtis Edward Byrd, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 2, 2014.

　　　　On June 5, 2015, the Court screened the complaint and dismissed it for failure to state a claim. Plaintiff was granted thirty days to file an amended complaint. Over thirty days have passed and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order. Plaintiff shall file a response to this order within fourteen (14) days of the date of service. A response to this order may be made by filing a First Amended Complaint.

///

///

///

1

Failure to show cause, or failure to respond to this order, will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 17, 2015**                                    /s/ *Dennis L. Beck*
                                                                                UNITED STATES MAGISTRATE JUDGE